**STATE of Missouri, Respondent,**

v.

**Vernell HALL, Appellant.**

**Vernell HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 61560, 64506.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 3, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 6, 1994.

Tamara L. Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction for possession of a short barreled shotgun and the denial of his Rule 29.15 motion for post-conviction relief. We affirm. Further, we find neither a jurisprudential purpose nor a precedential purpose would be served by a written opinion and we affirm by summary order. Rule 84.16(b); 30.25(b). A memorandum has been provided to the parties for their use only.

Judgments affirmed.